IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
MAY 20 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

In re: Search Warrant Issued to Lavabit, LLC )
)
) Case No. 1:13sw569
)

## ORDER

The parties have agreed that public filing of the redacted documents annexed to the present order will provide the relief sought in the motion (no. 19) that was granted by the order (no. 25) entered on May 6, 2014, which the government has advised it will not appeal or object to. It is accordingly ORDERED that the present order and materials annexed hereto be publicly filed. The remainder of the file remains sealed unless and until otherwise ordered.

/s/Thomas Rawles Jones, Jr.
THOMAS RAWLES JONES, JR.
United States Magistrate Judge

Alexandria, Virginia
May 20, 2014